**Richie Leo WILLIAMS,
Plaintiff-Appellant,**

v.

**Gordon F. WILLIS, Circuit Court
Judge; Tara Beth Coleman, Attorney;
Fredericksburg Circuit Court; Kevin
D. Gross, Assistant Commonwealth
Attorney; King George Common-
wealth Attorney's Office, Defendants-
Appellees.**

No. 17-6919

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Richie Leo Williams, Appellant Pro Se.

Before WILKINSON, MOTZ, and
KING, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Richie Leo Williams appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2012) complaint without prejudice
under 28 U.S.C. § 1915A(b) (2012). We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Williams v. Willis*, No. 1:17-cv-00173-
CMH-IDD (E.D. Va. June 30, 2017). We
also deny Williams' motions to correct the
record and to amend the complaint. We

dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED*